IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 18-60103-RBK |
| COREY WAYNE BUSH & SANDRA BUSH, | § § | |
| | § | Chapter 7 |
| Debtors. | § § | |

NOTICE OF WITHDRAWAL OF
OBJECTION OF THE BRUUN-ANDERSEN FAMILY ESTATE TRUST
TO THE AMENDED AGREED MOTION
TO APPROVE GLOBAL SETTLEMENT AND COMPROMISE
PURSUANT TO RULE 9019 BETWEEN THE DEBTORS, KEITH BUSH, THE SCOTTS
AND THE TRUSTEE, INCLUDING (I) DISMISSAL OF ADVERSARY PROCEEDINGS
FILED PURSUANT TO 11 U.S.C. §§ 523 AND 727, (II) SALE OF ASSETS AT PRIVATE
SALE TO KEITH BUSH AND (III) ABANDONMENT OF CERTAIN EQUITY
[RELATING TO DOCKET NOS. 134 & 143]

TO THE HONORABLE RONALD B. KING, CHIEF UNITED STATES BANKRUPTCY JUDGE FOR THE WESTERN DISTRICT OF TEXAS:

**COMES NOW The Bruun-Andersen Family Estate Trust** (the "*BAFET*"), and files this *Notice of Withdrawal of its Objection to the above entitled Amended Agreed Motion.* In support, the BAFET states as follows:

1. The BAFET hereby withdraws its Objection [Docket No. 143] to the Amended Agreed Motion to Approve Global Settlement and Compromise [Docket No. 134].

Dated: March 28, 2019                    Respectfully Submitted,

                                        KELL C. MERCER, P.C.
                                      1602 E. Cesar Chavez Street
                                      Austin, Texas 78702
                                      (512) 627-3512
                                      (512) 597-0767 (fax)
                                      kell.mercer@mercer-law-pc.com

                                      By:  */s/ Kell C. Mercer*
                                            Kell C. Mercer
                                            Texas State Bar No. 24007668

                                      COUNSEL TO THE BRUUN-ANDERSEN
                                      FAMILY ESTATE TRUST

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have placed a copy of the above Withdrawal of Objection to Corey Wayne Bush and Sandra Bush, Debtors, 3800 Southlake Dr., Belton, TX 76513 and Keith Bush, 533 Dale, Robinson, TX 76706 by First Class U.S. Mail and to Erin B. Shank, Attorney for Debtors, Erin B. Shank, P.C., 1902 Austin Ave., Waco, TX; Eric Terry, Attorney for Debtors, 3511 Broadway St., San Antonio, TX 78209; Eric Taube, Attorney for Todd and Karen Scott & Riley Scott Custom Homes, L.L.C., Waller, Lansden, Dortch & Davis, LLP, 100 Congress Ave., Ste. 1800, Austin, TX 78701; Deborah D. Williamson, Attorneys for the Robinson Charitable Remainder Unitrust; James E. Studensky, Chapter 7 Trustee, 3912 W. Waco Dr., Waco, TX 76710 and to those parties listed on the Court's Notice of Electronic Filing on March 28, 2019 by Electronic Notification.

                                      /s/ *Kell C. Mercer*
                                      Kell C. Mercer